**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

KAYLA MASSEY *as mother of J.L. a minor*,  )
                                            )
      Plaintiff,                         )
                                            )
v.                                          )     Civil No.  3:23-cv-00034
                                            )     Judge Trauger
CORECIVIC, INC., ET AL.,                    )
                                            )
      Defendants.                        )

## ORDER

Given the pendency of a Motion to Dismiss (Doc. No. 12), it is hereby ORDERED that the

initial case management conference scheduled for March 27, 2023 is CONTINUED, to be reset, if

appropriate, following disposition of this motion.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge