**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

KAYLA MASSEY *as mother of J.L. a minor*,    )
    )
    Plaintiff,    )
    )
v.    )    Civil No.  3:23-cv-00034
    )    Judge Trauger
CORECIVIC, INC., ET AL.,    )
    )
    Defendants.    )

## ORDER

The filing of the First Amended Complaint (Doc. No. 15) renders moot the pending Motion

to Dismiss (Doc. No. 12), which is hereby DENIED AS MOOT.

It is further ORDERED that the initial case management conference is hereby reset for

May 8, 2023 at 3:30 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge