**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

KAYLA MASSEY *as mother of J.L. a minor*,  )
                                             )
      Plaintiff,                          )
                                             )
v.                                           )     Civil No.  3:23-cv-00034
                                             )     Judge Trauger
CORECIVIC, INC., ET AL.,                     )
                                             )
      Defendants.                         )

## <u>ORDER</u>

The Joint Motion for Extension of Time for Plaintiff to File Response to Defendant's Motion to Dismiss and Continuance of the Initial Case Management Conference (Doc. No. 19) is GRANTED.  It is hereby ORDERED that the plaintiff has an extension until May 8, 2023 within which to respond to the pending Motion to Dismiss.  It is further ORDERED that the initial case management conference scheduled for May 8, 2023 is continued, to be reset, if appropriate, after disposition of the pending Motion to Dismiss.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge