# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

KAYLA MASSEY, as mother of J.L., ) 
a minor, )
                            )
    Plaintiff, )
                            )
v. )    **Case No. 3: 23-cv-00034**
                            )    **Judge Aleta A. Trauger**
CORECIVIC, INC., CORECIVIC OF )
TENNESSEE LLC, DAMON T. HININGER, )
STEVEN CONRY, VANCE LAUGHLIN, )
GRADY PERRY, ELAINA RODELLA, M.D., )
and DOES 1–15, INCLUSIVE, )
                            )
    Defendants. )

## ORDER

In accordance with the Memorandum filed herewith, the Motion to Dismiss (Doc. No. 17) filed by defendants CoreCivic, Inc., CoreCivic of Tennessee, LLC ("collectively, the "CoreCivic entities"), Damon T. Hininger, Steven Conry, Vance Laughlin, Grady Perry, and Elaina Rodela (incorrectly identified in the original Complaint and First Amended Complaint as "Elaina Rodella") is **GRANTED**. The claims against the CoreCivic entities and the named individual defendants under 42 U.S.C. § 1983 are **DISMISSED WITHOUT PREJUDICE**. The claims against "Does 1–15" are **DISMISSED WITH PREJUDICE** as time-barred.

Having dismissed the claims over which the court has original federal question jurisdiction, the court **DECLINES** to exercise supplemental jurisdiction over the plaintiff's state law claims. These claims, too, are **DISMISSED WITHOUT PREJUDICE**.

This is the final Order in this case, for purposes of Rule 58.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge